# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In Re: | § § | |
| SARAH COTTON | § § | Case No. 20-12828 |
| Debtor | § § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/25/2020. The undersigned trustee was appointed on 08/25/2020.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $    6,223.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 3.72 |
   | Bank service fees | 6.87 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]         $    6,212.41

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

       5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

       6. The deadline for filing non-governmental claims in this case was 12/23/2020 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

       7. The Trustee's proposed distribution is attached as **Exhibit D**.

       8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,372.30. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

       The trustee has received $0.00 as interim compensation and now requests a sum of $1,372.30, for a total compensation of $1,372.30$^{2}$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $74.70, for total expenses of $74.70$^{2}$.

       Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/23/2021     By: /s/LYLE R. NELSON, TRUSTEE
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

$^{2}$If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 20-12828 | JDL | Judge: | Janice D. Loyd | | Trustee Name: | LYLE R. NELSON, TRUSTEE |
|---|---|---|---|---|---|---|---|
| Case Name: | SARAH COTTON | | | | | Date Filed (f) or Converted (c): | 08/25/2020 (f) |
| | | | | | | 341(a) Meeting Date: | 09/23/2020 |
| For Period Ending: | 06/22/2021 | | | | | Claims Bar Date: | 12/23/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2020 Kia Sorento VIN # 5XYPG4A31LG629999 | 24,000.00 | 0.00 | | 0.00 | FA |
| 2. 2018 Dodge Ram<br><br>Debtor not on title only on vehicle loan/Actual husband's vehicle | 29,000.00 | 820.00 | | 0.00 | FA |
| 3. General Household Furnishings | 300.00 | 0.00 | | 0.00 | FA |
| 4. Electronics | 450.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 6. Wedding ring | 80.00 | 0.00 | | 0.00 | FA |
| 7. Cash | 15.00 | 0.00 | | 0.00 | FA |
| 8. Oklahoma Federal Credit Union Savings Account S000 | 21.69 | 0.00 | | 0.00 | FA |
| 9. Oklahoma Federal Credit Union Checking Account D010 | 334.13 | 0.00 | | 0.00 | FA |
| 10. Retirement 401(k) | 400.78 | 0.00 | | 0.00 | FA |
| 11. 2020 federal and state tax refund (u)<br><br>Based on prior years tax refunds and current income, the trustee value is an estimated value only for purposes of form 1 reporting. Actual amt will be determined when 2020 tax rtns are received. | 0.00 | 3,500.00 | | 6,223.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $54,801.60   $4,320.00        $6,223.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Exhibit A

9/23/2020 first meeting held; case to remain open for possible tax refund case. Request to file notice of claims, Doc. 12.
9/23/2020 Assets not importable.  Hand key. bl
9/24/2020 Notice to File Proof of Claims issued, Doc. 13. bl
9/25/2020 Notice of Case Reassignment to Judge Loyd, Doc. 16. bl
10/26/2020 review file, prepare and e file annual/interim report
12/28/2020 Claims Bar Date ran on December 23, 2020. Import Claims.  Print for review when there is money in the case. bl
12/23/2020 Prepare and send 2020 Tax Turnover letter. bl
12/28/2020 Prepare and file Application to Employ EBBN, Doc. 30.  Email Order to UST & docket Order upload. bl
1/13/2021 Time has run on App to Employ EBBN. Upload Order. bl
1/13/2021 Prepare IRS Tax Snag for 2020, make copy for file, mail. bl
1/14/2021 Order entered on App to Employ EBBN, Doc. 33. bl
3/5/2021  dr atty emails pdf copies of tax returns,  after deduction of EIC and stimulus credit, pro rata portion to t/o is $6,223 fed and state.  Reply by email to t/o
4/6/2021 Receive letter from IRS re: refund issued prior to receipt of turnover request. Send email to dr atty re: immediate turnover.
4/6/2021 Prepare Mo to Turnover 2020 Tax Refund. E-file, Doc. 35 and mail. Docket Order upload. bl
4/8/2021 Receive email from Debtor's Attorney re: received their letter on 3/10/21 on amount to be turned over to Estate; has the $6,223 in her account & is going to mail a cashier's check today (4/7). bl
4/12/2021  Receive debtor cashiers check today.  Obtain TIN and open bank acct.  Will e-deposit tomorrow per bank rules.
4/13/2021  E-deposit check and receive e confirmation.
4/21/2021 Withdraw Motion to Turnover given refund was received, Doc. 36. bl
4/26/2021 Print claims for review. bl
5/3/2021  receive monthly bank stmt, review.  Review claims.  Not enough claims, file 2nd notice to file claims, Doc. 37.  In 30 days will contact creditors.
5/4/2021 Second Notice to File Claims, Doc. 38. Will expire on June 3rd. bl
5/5/2021 Reviewed Debtor's Schedule F to try and locate creditors willing to file a Proof of Claim.  Called and emailed Naidu Law.  They state they will file a proof of claim by the end of the week. bl
5/6/2021 New claim filed.  Import & print for review.  We have enough now. bl
5/27/2021  Review claims.
6/1/2021  Receive/review monthly bank stmt.
6/11/2021 Prepare App & Order for Attorney Compensation. Efile, Doc. 40 and mail.  Email Order to UST & docket Order upload.  Create claim. bl
6/14/2021 Receive UST approval to upload Order on EBBN Compensation und 1k. Upload same. bl
6/14/2021 Order entered on App for EBBN Compensation, Doc. 41. Create Claim. bl
6/23/2021 Request for Court Costs, Doc. 43. bl
6/23/2021 Review checklist for closing case including assets, claims input (account #s & addresses, if different than notice address), prepare Trustee comp exhibit, run Distribution, TFR & NFR for LRN review. bl

Initial Projected Date of Final Report (TFR): 12/20/2021    Current Projected Date of Final Report (TFR): 12/20/2021

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 20-12828
Case Name: SARAH COTTON
Taxpayer ID No: XX-XXX5948
For Period Ending: 06/22/2021

Trustee Name: LYLE R. NELSON, TRUSTEE
Bank Name: Axos Bank
Account Number/CD#: XXXXXX1289
Checking
Blanket Bond (per case limit): $5,497,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/12/21 | 11 | Sarah Cotton | 2020 pro rata tax refund cashier check no 221026 | 1224-000 | $6,223.00 | | $6,223.00 |
| 06/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $6.87 | $6,216.13 |
| 06/01/21 | 2001 | International Sureties, LTD 701 Poydras St. New Orleans, LA 70139 | Blanket Bond | 2300-000 | | $3.72 | $6,212.41 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $6,223.00 | $10.59 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $6,223.00 | $10.59 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $6,223.00 | $10.59 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*            Page Subtotals:            $6,223.00            $10.59

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1289 - Checking | $6,223.00 | $10.59 | $6,212.41 |
| | $6,223.00 | $10.59 | $6,212.41 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $6,223.00 |
| Total Gross Receipts: | $6,223.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 20-12828  
Debtor Name: SARAH COTTON  
Claims Bar Date: 12/23/2020  
Date: June 23, 2021

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | LYLE R. NELSON<br>TWO LEADERSHIP SQUARE<br>211 N. ROBINSON, STE. 1300<br>OKLAHOMA CITY, OK 73102-7134 | Administrative | | $0.00 | $1,372.30 | $1,372.30 |
| 100 2200 | LYLE R. NELSON<br>TWO LEADERSHIP SQUARE<br>211 N. ROBINSON, STE. 1300<br>OKLAHOMA CITY, OK 73102-7134 | Administrative | | $0.00 | $74.70 | $74.70 |
| 100 3110 | Elias Books Brown & Nelson P. C.<br>Two Leadership Square<br>211 N. Robinson, Ste. 1300<br>Oklahoma City, OK 73102 | Administrative | Per Order on Compensation, Doc. 41 on 6/14/21 | $0.00 | $875.00 | $875.00 |
| 1 300 7100 | 10 GYM CO MILLENNIUM FINANCIAL GROUP LLC<br>3000 UNITED FOUNDERS BLVD<br>STE 219<br>OKLAHOMA CITY, OK 73112 | Unsecured | | $0.00 | $221.62 | $221.62 |
| 2-2 300 7100 | WORKS AND LENTZ, INC., ON BEHALF OF INTEGRIS HEALTH<br>3030 NW EXPRESSWAY, STE. 1300<br>OKLAHOMA CITY OK 73112 | Unsecured | | $0.00 | $1,039.05 | $1,039.05 |
| 3 350 7200 | NAIDU LAW<br>5909 N. W. EXPRESSWAY Ste. A200<br>OKLAHOMA CITY OK 73132 | Unsecured | | $0.00 | $8,770.80 | $8,770.80 |
| 5 350 7200 | 10 GYM CO MILLENNIUM FINANCIAL GROUP LLC<br>3000 UNITED FOUNDERS BLVD<br>STE 219<br>OKLAHOMA CITY, OK 73112 | Unsecured | Duplicate of Claim #1 | $0.00 | $221.62 | $0.00 |
| 4 400 4210 | OKLAHOMA"S CREDIT UNION<br>ATTN: BANKRUPTCY<br>PO BOX 24027<br>OKLAHOMA CITY OK 73124 | Secured | 2020 Kia 4D Sport Utility | $0.00 | $31,882.51 | $0.00 |
| | Case Totals | | | $0.00 | $44,457.60 | $12,353.47 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 1                                                                                     Printed: June 23, 2021

**UST Form 101-7-TFR (5/1/2011)** *(Page: 7)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 20-12828
Case Name: SARAH COTTON
Trustee Name: LYLE R. NELSON, TRUSTEE

Balance on hand $ 6,212.41

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | OKLAHOMA"S CREDIT UNION | $ 31,882.51 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 6,212.41

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: LYLE R. NELSON | $ 1,372.30 | $ 0.00 | $ 1,372.30 |
| Trustee Expenses: LYLE R. NELSON | $ 74.70 | $ 0.00 | $ 74.70 |
| Attorney for Trustee Fees: Elias Books Brown & Nelson P. C. | $ 875.00 | $ 0.00 | $ 875.00 |

Total to be paid for chapter 7 administrative expenses $ 2,322.00

Remaining Balance $ 3,890.41

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,260.67 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | 10 GYM CO MILLENNIUM FINANCIAL GROUP LLC | $ 221.62 | $ 0.00 | $ 221.62 |
| 2-2 | WORKS AND LENTZ, INC., ON BEHALF OF | $ 1,039.05 | $ 0.00 | $ 1,039.05 |
| | Total to be paid to timely general unsecured creditors | | $ | 1,260.67 |
| | Remaining Balance | | $ | 2,629.74 |

Tardily filed claims of general (unsecured) creditors totaling $8,770.80 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 30.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | NAIDU LAW | $ 8,770.80 | $ 0.00 | $ 2,629.74 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | 10 GYM CO MILLENNIUM FINANCIAL GROUP LLC | $ 0.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | | $ 2,629.74 |
| | Remaining Balance | | | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE